315 F.3d 651
 UNITED STATES of America, Plaintiff-Appellee,
v.
Sean CARTER, Defendant-Appellant.
 No. 01-5338.
 United States Court of Appeals, Sixth Circuit.
 February 24, 2003.
 
 Before MARTIN, Chief Judge; BOGGS, BATCHELDER, DAUGHTREY, MOORE, COLE, CLAY, GILMAN, GIBBONS, and ROGERS, Circuit Judges.
 
 ORDER
 
 1
 Pursuant to Sixth Cicuit I.O.P. 35(c), a majority of the Judges of the Court in regular active service have voted to grant the request of a member of the Court for rehearing of this case en banc. Sixth Circuit Rule 35(a) provides as follows:
 
 
 2
 "The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal."
 
 
 3
 Accordingly, it is ORDERED, that the previous decision and judgment of this court is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.
 
 
 4
 It is further ORDERED that the parties simultaneously file supplemental briefs not later than Monday, March 24, 2003.
 
 
 5
 The Clerk will schedule this case for oral argument as directed by the Court.